UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 21-8169 FMO (KESx)** | Date | **January 11, 2022** |
|---|---|---|---|
| Title | **Ronald Lockhart, et al. v. Logistics LLC, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Response to Order to Show Cause

Having reviewed plaintiff Ronald Lockhart's ("plaintiff") Response to Order to Show Cause (Dkt. 22), IT IS ORDERED THAT:

1. Plaintiff shall serve defendant(s) no later than **February 11, 2022**, and shall file a proof(s) of service no later than **February 16, 2022**.

2. Plaintiff is admonished that failure to file a proof(s) of service by the **February 16, 2022**, deadline will result in the action being dismissed without prejudice for failure to effect service, for lack of prosecution and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

3. The Order to Show Cause Re: Dismissal Re: Lack of Prosecution (Dkt. 21), is hereby continued pending compliance with paragraph one above.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |