JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LOCKHART, et al., | NO. CV 21-8169 FMO (KESx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| LOGISTICS LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 18th day of February, 2022.

/s/
Fernando M. Olguin
United States District Judge